# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PORTER MAJOR, JR.

NO. 2022 KW 0344

**JUNE 7, 2022**

---

In Re:     Porter  Major,  Jr.,  applying  for  supervisory  writs,
           19th  Judicial  District  Court,  Parish  of  East  Baton
           Rouge, No. 07-99-0985.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

   **WRIT DENIED AS MOOT.** The records of the East Baton Rouge
Parish Clerk of Court's Office reflect that the district court
acted on relator's motion to correct an illegal sentence on June
2, 2022.

                         **PMc**
                         **JEW**
                         **MRT**

COURT OF APPEAL, FIRST CIRCUIT

*a. Sn*

---
DEPUTY CLERK OF COURT
     FOR THE COURT